UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 4:17CR113 |
| | ) | |
| MICHAEL STEVENS | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

This matter is before the Court on the defense counsel's Motion for Leave of Absence.

After careful consideration, said Motion is **GRANTED** for the following dates:

April 23, 2024 to April 26, 2024
May 10, 2024
May 24, 2024
June 12, 2024 to June 14, 2024

SO ORDERED, this 9th day of April, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA